JANUARY 13, 2004

No. 03A584. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. *v.* DARKS. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Tenth Circuit on January 9, 2004, presented to JUSTICE BREYER, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 03A590. WILLIAMS ET AL. *v.* TAFT ET AL. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 03–8260 (03A582). IN RE DARKS. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JANUARY 14, 2004

No. 03A594 (03–8378). BRUCE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 03–8387 (03A598). IN RE BRUCE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 03–7356 (03A554). BRUCE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Application for stay of execution of sentence of